FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DANA L. WEBB, | No. EDCV 07-660-R (AGR) |
| Plaintiff, | |
| v. | ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION |
| LORI HUNT KENNEDY, et al., | |
| Defendant. | |

Pursuant 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Complaint, the Magistrate Judge's Final Report and Recommendation, the objections to the First Report and Recommendation, and all of the records and files. Having made a de novo determination, the Court agrees with the recommendation of the Magistrate Judge.

IT IS HEREBY ORDERED that the Magistrate Judge's Final Report and Recommendation is approved and adopted.

IT IS FURTHER ORDERED that:

1. The motions to dismiss the complaint filed by defendants Judge James Warren, Commissioner Lori Hunt Kennedy, Ben Novell, Janelle Novell, and Novell & Novell are GRANTED WITH PREJUDICE;

///

2. The motions to dismiss the complaint filed by defendants Susan Mahoney, Clifford Webb and Robert A. McCarty are GRANTED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m);

3. Plaintiff's request for a court order permitting service by publication upon Commissioner Lori Hunt Kennedy and Joan E. Louw is DENIED;

4. The complaint against defendant Joan E. Louw is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m);

5. The requests for judicial notice filed by defendants Ben Novell, Janelle Novell and Novell & Novell as to Exhibits A and C are GRANTED;

6. All other requests for judicial notice are DENIED WITHOUT PREJUDICE.

DATED: Jan. 7, 2008

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE