FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

DANA L. WEBB,

    Plaintiff,

v.

LORI HUNT KENNEDY, et al.,

    Defendant(s).

No. EDCV 07-660-R (AGR)

**JUDGMENT**

Pursuant to the order adopting the magistrate judge's final report and recommendation,

IT IS HEREBY ADJUDGED that this action is dismissed on the merits and with prejudice as to defendants Judge James Warren, Commissioner Lori Hunt Kennedy, Ben Novell, Janelle Novell, and Novell & Novell.

IT IS FURTHER ADJUDGED that this action is dismissed without prejudice as to defendants Joan E. Louw, Susan Mahoney, Clifford Webb, Robert A. McCarty pursuant to Fed. R. Civ. P. 4(m).

DATED: Jan. 7, 2008

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE